**Rodney BOYLES, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 75264.**

Missouri Court of Appeals,
Western District.

Aug. 27, 2013.

**STATE of Missouri, Respondent,**

**v.**

**William Richard GRACE, Appellant.**

**No. WD 75370.**

Missouri Court of Appeals,
Western District.

Aug. 27, 2013.

Steven B. Willibey, for Appellant.

Robert J. Bartholomew, for Respondent.

Before Division I: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ANTHONY REX GABBERT, Judge.

### *ORDER*

PER CURIAM:

Rodney Boyles appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief. He claims that he was denied effective assistance of counsel when plea counsel coerced him into pleading guilty by telling him that federal authorities would charge him with felon in possession of a firearm, carrying a fifteen year sentence, if he did not plead guilty to the state charges and receive a sentence greater than six years. Because